# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mladen Pecanac, | Case No. 2:21-cv-01146-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Merrick Garland, et al., | |
| Defendants. | |

Plaintiff Mladen Pecanac submitted initiating documents to the court on June 17, 2021, including an application to proceed *in forma pauperis* (IFP) and complaint. ECF Nos. 1, 1-1. He is incarcerated at the Nye County Detention Center. ECF No. 1.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed IFP and attach "a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application." LSR 1-2. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, plaintiff's IFP application is incomplete because it does not include an inmate account statement for the past six months and, although he did attach a financial certificate, the certificate is not signed by an authorized officer at the Nye County Detention Center. Therefore, the Court will defer a ruling on plaintiff's IFP application until the appropriate documentation is submitted. Plaintiff must file a supplement to his application that includes the requisite inmate account statement and signed financial certificate, or he must pay the filing fee for this action.

IT IS THEREFORE ORDERED that a decision on plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DEFERRED.

IT IS FURTHER ORDERED that by **July 22, 2021**, plaintiff must either: (1) submit a supplement to his application with the requisite inmate account statement and financial certificate signed by an authorized officer at the Nye County Detention Center, or (2) pay the full $402 fee for filing a civil action, which includes the $350 filing fee and the $52 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: June 22, 2021.

Brenda Weksler
United States Magistrate Judge